UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Stacie M. Otte,

      Petitioner,                                          Civil No. 06-2464 (RHK/JSM)

vs.                                                             **ORDER**

Olivier L.F. Asser,

      Respondent.

---

      Respondent Asser's Motion for Reconsideration[1] of this Court's July 6, 2006 Order is **DENIED**.

Dated: July 10, 2006

                                                             s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge

---

[1] The Court notes that Respondent has failed to comply with Local Rule 7.1(g), which prohibits the filing of motions to reconsider without "express permission" of the Court.